```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MELROSE ASSOCIATES LIMITED PARTNERSHIP,  :
                                         :
                 Plaintiff,              :    20cv2924 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
FLORAL ASSOCIATES LIMITED PARTNERSHIP,   :
JOSEPH T. CEFALO, FREDERICK W. CEFALO,   :
and STEPHEN R. CEFALO                    :
                                         :
                 Defendants.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 16, 2020, defendants filed a motion to dismiss the complaint pursuant to Rules 12(b)(1), (3), and (6), Fed. R. Civ. P, or, in the alternative, to transfer venue.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **May 8, 2020**.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **May 8, 2020**.  Defendants' reply, if any, shall be filed by **May 22**.

IT IS FURTHER ORDERED that, pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases, the defendants shall file on ECF, by **May 8, 2020,** a letter no longer than two pages explaining the basis for their belief that diversity of citizenship exists.

Dated:   New York, New York
         April 17, 2020

                                             DENISE COTE
                           United States District Judge