```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
MELROSE ASSOCIATES LIMITED PARTNERSHIP,   :
                                          :
                    Plaintiff,            :     20cv2924 (DLC)
                                          :
              -v-                         :     ORDER
                                          :
FLORAL ASSOCIATES LIMITED PARTNERSHIP,    :
JOSEPH T. CEFALO, FREDERICK W. CEFALO,    :
and STEPHEN R. CEFALO                     :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

This case was removed from the Supreme Court of the State of New York, County of New York ("the New York Supreme Court"), to this Court on April 9, 2020. On April 16, 2020, defendants filed a motion to dismiss the complaint pursuant to Rules 12(b)(1), (3), and (6), Fed. R. Civ. P, or, in the alternative, to transfer venue. An Order of April 17 required the defendants to file on ECF, by May 8, 2020, a letter explaining the basis for their belief that diversity of citizenship exists. On May 4, the plaintiff filed a letter with the Court stating that there is no federal diversity jurisdiction over this action and requesting that the Court remand the case back to the New York Supreme Court. Accordingly, it is hereby

2

ORDERED that the defendants' letter explaining the basis for their belief that diversity of citizenship exists, due **May 8, 2020,** shall address the plaintiff's May 4 letter.

Dated:    New York, New York
          May 5, 2020

```
                _____
                    DENISE COTE
               United States District Judge
```